FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JUN 29 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. NO. 3:05 CR 154-A |
| EDWARD JEROME PATTEN | ) [18 USC 500] |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 16th day of October, 2000, in the Middle District of Alabama, the defendant,

**EDWARD JEROME PATTEN,**

did knowingly receive and possess an embezzled, stolen and converted blank money order provided by and under the authority of the United States Postal Service; that is, United States Postal Money Order No. 8698545089, in the amount of $310.00, with the intent to convert it to his own use and gain, and use and gain of another. All in violation of Title 18, United States Code, Section 500.

A TRUE BILL

_____
FOREPERSON

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney