# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

**DATE:** 8/8/05

**DIGITAL RECORDING:** 1:39 - 1:47

- [X] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [X] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **3:05CR154-A-CSC**   DEFT. NAME: **EDWARD JEROME PATTEN**

USA: **TOMMIE HARDWICK**   ATTY: **KATHY PUZONE**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (X) CDO; ( ) Stand In ONLY

USPTSO/USPO: **RON THWEATT**

Defendant ___ does ___(X) does NOT need an interpreter

Interpreter present (X) NO ___ YES NAME: _____

- [X] kars. — Date of Arrest **8/8/05** or [ ] karsr40
- [X] kia. — Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [X] kcnsl. — Deft. First Appearance with Counsel
- [ ] Deft. First Appearance without Counsel
- [ ] Requests appointed Counsel [X] **ORAL MOTION for Appointment of Counsel**
- [X] kfinaff. — Financial Affidavit executed [ ] to be obtained by PTSO
- [X] koappted — **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] Deft. Advises he will retain counsel. Has retained _____
- [ ] Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ] Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ] kdmhrg. — **Detention Hearing** [ ] held; [ ] set for _____
- [ ] kotempdtn. — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn. — **ORDER OF DETENTION PENDING TRIAL** entered
- [X] kocondrls. — Release order entered. Deft. advised of conditions of release
- [X] kbnd. — **BOND EXECUTED** (M/D AL charges) $ **10,000**. Deft released (kloc LR)
- [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] Preliminary Hearing [ ] Set for _____
- [ ] ko. — Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl. — Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [X] karr. — **ARRAIGNMENT** SET FOR: _____ [X] **HELD**. Plea of **NOT GUILTY** entered.
- [X] Set for **12/5/05** Trial Term; [X] **PRETRIAL CONFERENCE DATE: 10/3/05**
- DISCOVERY DISCLOSURES DATE: **8/8/05**
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for _____
- [X] kwvspt — **Waiver of Speedy Trial Act Rights Executed**