IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | |
| ) | CR. NO. 3:05CR154-A |
| EDWARD JEROME PATTEN ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, **Edward Jerome Patten**, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

8/8/05
DATE

Edward Patten
DEFENDANT

ATTORNEY FOR DEFENDANT