# United States District Court

## for

## Middle District of Alabama

RECEIVED

2005 SEP 29 P 2: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Edward Jerome Patten    Case Number: 3:05CR154-A

Name of Releasing Judicial Officer: Honorable Charles S. Coody, Chief U.S. Magistrate Judge

Date of Release: August 8, 2005

Original Offense: Possession of Stolen U.S. Postal Money Order (18 USC § 500)

Type of Release: $10,000 Unsecured Appearance Bond

Date of Next Court Appearance: Unknown

Conditions of Release: Report to pretrial services as directed, Maintain employment, No firearms, Drug testing and/or treatment, Report law enforcement contact

Assistant U.S. Attorney: Tommie Hardwick    Defense Attorney: Don Bethal

## PETITIONING THE COURT

[X]    To issue a warrant
[ ]    To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| Viol. 1, " **The defendant shall refrain from unlawful use or possession of a controlled substance.**" | On September 13, 2005, Patten admitted that he purchased one gram of crack cocaine over the weekend. Patten advised he paid an individual $50 and sold six crack rocks for $120. |
| Viol. 2, " **The defendant shall submit to any method of testing.**" | On September 22, 2005, Patten failed to appear for a random drug test. |
| Viol. 3, " **The defendant shall submit to any method of testing.**" | On September 28, 2005, Patten failed to appear for a random drug test. |

Supervision history of defendant and actions taken by officer: While Patten has been released on bond, several problems have occurred excluding the above violations. He has failed to report for drug screens on three additional occasions. Also, Patten has failed to maintain a stable residence and lived in several hotels during the last month. The last contact with Patten was on September 26, 2005, when he was directed to report and failed to do so.

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be:
        [X]     revoked.

[ ]     The conditions of supervision should be modified as follows:

                                                                    Respectfully submitted,
                                            by        _____
                                                                    Kevin Poole
                                                                    U.S. Probation Officer
                                                                    September 28, 2005

Reviewed and approved: _____
                      Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[X]     No Action( Warrant already issued and served)
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

                                                    _____
                                                    Signature of Judicial Officer

                                                    _____
                                                    Date