| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: OCTOBER 3, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:07 p.m. to 1:08 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 3:05CR154-A-C     **DEFENDANT NAME:** EDWART J. PATTEN

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. DONNIE BETHEL |

√ **DISCOVERY STATUS: COMPLETED.**

√ **PENDING MOTION STATUS: NONE**

√ **PLEA STATUS: POSSIBLE PLEA**

❏ **TRIAL STATUS:** WILL TAKE 1 DAY FOR TRIAL.

√ **REMARKS:** DEFENSE COUNSEL INFORMED OF PETITION TO REVOKE PRETRIAL RELEASE FILED AGAINST DEFT.