COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE  
☐ BOND HEARING  
☐ DETENTION HEARING  
☐ PRELIMINARY (EXAMINATION)(HEARING)  
☐ REMOVAL HEARING (R.40)  
☐ ARRAIGNMENT  

DATE: 10/7/05

DIGITAL Recording : 2:38 p.m. - 2:56 p.m.

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON    DEPUTY CLERK: Wanda Robinson

CASE NO.   3:05cr154-A              DEFENDANT NAME: Edward Jerome Patten

AUSA: Tommie Hardwick              DEFT. ATTY: Kathy Puzone

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

PTSO: Ron Thweatt                   USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter

Interpreter present (√) NO; ( ) YES     Name:

___

| | |
|---|---|
| √ | Date of Arrest 10/7/05 or ☐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. √ Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| ☐ | Financial Affidavit executed  *ORAL MOTION FOR APPT OF COUNSEL* |
| ☐ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| ☐ | BOND EXECUTED (M/D AL charges) $. |
| ☐ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐ Set for |
| ☐ | DISCOVERY DISCLOSURE DATE: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ☐ | WAIVER of Speedy Trial. CRIMINAL TERM: |

**Attorney for Defendant to file a motion for mental evaluation before proceeding in this case**