| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE:   October 14, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 9:00 a.m. to 9:17 a.m. |

- ❏ INITIAL APPEARANCE
- ❏ BOND HEARING
- ❏ DETENTION HEARING
- ❏ REMOVAL HEARING (R.40)
- ❏ ARRAIGNMENT
- ❏ PRELIMINARY EXAMINATION
- √ PRELIMINARY REVOCATION HRG

PRESIDING MAG. JUDGE <u>CHARLS S. COODY</u>      DEPUTY CLERK: *WANDA STINSON*

CASE NO.  <u>2:05CR154-A</u>      DEFT. NAME:   <u>EDWARD JEROME PATTEN</u>

AUSA:   <u>TOMMIE HARDWICK</u>      ATTY: *DONNIE BETHEL*

Type Counsel:  ( ) Retained;  ( ) Panel CJA;  ( ) Waived;  (√) CDO
( ) Stand In ONLY

USPO:   <u>KEVIN POOLE</u>

Defendant _____ does __√__ does NOT need an interpreter

Interpreter present __√__   NO _____   YES   NAME:_____

( )  COURT PROCEEDINGS: - **PRELIMINARY REVOCATION/DETENTION HEARING**

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |
|---|---|---|
| **Description** | \multicolumn{2}{l}{Prelim Revoc. - 3:05cr154-A Pretrial Release Violation} |
| **Date** | 10/14/2005 | **Location** Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9 :00:37 AM | Court | Court convenes; parteis present as noted; Discussion of charges in petition to revoke defts' pretrial release; Question as whether deft admit or deny charges; |
| 9 :01:51 AM | Atty. Bethel | Request a moment to speak with deft ; |
| 9 :01:57 AM | Deft Patten | Admit to the charges; |
| 9 :02:08 AM | Court | Discussion of any other evidence the court needs to hear; |
| 9 :02:14 AM | Atty. Hardwick | Not from the government; |
| 9 :02:16 AM | Atty. Bethel | Addresses the court as to whether the deft should be detained pending trial; |
| 9 :02:23 AM | Court | You are correct; |
| 9 :02:27 AM | Atty. Bethel | Do have a witness to call for the court to hear; |
| 9 :02:27 AM | Court | Alright; |
| 9 :02:33 AM | Atty. Bethel | Defense calls Ms. Sara Preston, Common-Law wife; witness is sworn and seated; Discussion of relation to deft and currently residency; Has a section 8 voucher for housing; Discussion as to wether deft will be allowed to live there; Discussion regarding transportation; Discussion of electronic monitoring for deft; Discussion as to the intelligence of deft and his understanding; |
| 9 :06:30 AM | Atty. Hardwick | Cross examination; Discussion of currently residence of witness; 3827 Riveria current address now, mothers house; Discussion of who's doing most of the calls to USPO; |
| 9 :08:57 AM | Atty. Bethel | Re-direct; |
| 9 :09:43 AM | Court | Witness is excused; |
| 9 :10:05 AM | Atty. Bethel | Addresses the court; Gvt. has dropped charges #2 of the petition; Deft is not a flight risk; Recommends home detention w/electronic monitoring; |
| 9 :12:24 AM | Atty. Hardwick | Addresses the court; |
| 9 :13:30 AM | Court | Discussions that case will resolve in a plea; |
| 9 :13:33 AM | Atty. Hardwick | Believe that it will; |
| 9 :13:43 AM | Court | Side Bar with counsels; |
| 9 :15:45 AM | Court | Discussion of defts prior felon convictions and his eligibility to reside in section 8 housing; court directs the Mr. Poole, Probation Officer, to check it out; |
| 9 :16:14 AM | Mr. Poole | Addresses the court; Went to verify that Ms. Preston was getting the apartment; They were not aware of the deft being apart of the residence; Discussion of defts past criminal history; |

| 9:17:24 AM | Court | Want to whether they are going to let him live there and when living conditions will be confirmed; The court will reserve ruling on the petition; The court also want to know if the will allow electronic monitoring at that location; Deft will remain in custody pending that; |
| --- | --- | --- |
| 9:17:57 AM | Court | Court is recessed. |