IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiffs, | * | |
| vs. | * | CR. NO.: 3:05CR154-A |
| EDWARD JEROME PATTEN | * | |
| Defendants. | * | |

**WITNESS LIST**:

**GOVERNMENT**  **DEFENDANT**

1.  1. Sara Preston