IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:05cr154-A |
| | ) | |
| EDWARD JEROME PATTEN | ) | |

**ORDER SETTING CHANGE OF PLEA**

For good cause, it is

ORDERED that the defendant's change of plea be and is hereby set on November 2, 2005, at 1:00 p.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 28th day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE