**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

NOV - 2 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05CR154-A |
| | ) | |
| EDWARD JEROME PATTEN | ) | |
| | ) | |

## CONSENT

I, **Edward Jerome Patten**,  hereby declare my intention to enter a plea of guilty

in the above case, and after conferring with my lawyer, I hereby consent to have a United

States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules

of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty

based on my plea of guilty.  I understand that the District Judge to whom this case is

assigned will decide later whether to accept or reject any plea agreement I may have with

the United States and will impose sentence.

Done this the 2nd day of November, 2005

_____
Defendant

_____
Attorney