COURTROOM DEPUTY MINUTES  DATE: __11/2/05__   FTR RECORDING: __1:32 - 1:48__

MIDDLE DISTRICT OF ALABAMA      COURT REPORTER: MITCHELL REISNER

❏ ARRAIGNMENT          √ CHANGE OF PLEA          ❏ CONSENT PLEA

❏ RULE 44(c) HEARING          ❏ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: *CHARLES S. COODY*  DEPUTY CLERK: *WANDA STINSON* | |
| CASE NUMBER: 3:05CR154-A-CSC    DEFENDANT NAME: EDWARD JEROME PATTEN | |
| AUSA: TOMMIE HARDWICK    DEFENDANT ATTY: *DONNIE BETHEL* | |
| Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO | |
| USPO: KEVIN POOLE | |
| Defendant ___does  √ does NOT need and interpreter. | |
| Interpreter present?  √ NO  ___YES   Name: _____ | |

❏   This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

❏   Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏   **ORAL ORDER** Appointing  ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏   **WAIVER OF INDICTMENT** executed and filed.

❏   **FELONY INFORMATION** filed.

❏   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

√ Guilty as to:    √ Count(s) __1__ of the **Indictment**

❏ Count(s)_____   ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

√    Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏    No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

√    **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued under ❏ same Conditions/Bond imposed ; √ Released on Bond &

Conditions of Release for: ❏ Trial on _____ ; √ Sentencing on _____ ; √ To be set by Separate Order

❏ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or  ❏ Sentencing on _____ ❏ set by separate Order.

Court ORDERS that the deft be released on electronic monitoring with conditions of release.