UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO. 3:05CR154-A |
| | ) | |
| EDWARD JEROME PATTEN | ) | |

## ORDER TO MODIFY CONDITIONS OF RELEASE

On October 14, 2005, a hearing was held regarding the petition to revoke pretrial release filed by the probation officer on September 29, 2005. It is considered and ORDERED that the terms of release imposed on August 8, 2005, be MODIFIED to include the following:

The defendant shall participate in the home confinement program (home detention component) and abide by all the requirements of the program which will include electronic monitoring or other location verification systems. The defendant shall pay all or part of the costs of the program based on ability to pay as determined by the supervising probation officer. The defendant shall be allowed out from home confinement for the purpose of drug treatment, drug testing, employment, religious services, and other activities as approved by the supervising officer.

All other conditions imposed on August 8, 2005, shall remain in full force and effect.

The defendant shall remain in the custody of the U.S. Marshal's until the Probation Office can verify that the defendant has a phone line and can be place on home confinement.

DONE this 2 day of November, 2005.

CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE