IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr154-WHA |
| EDWARD JEROME PATTEN ) | |

### ORDER

Upon consideration of the Unopposed Motion to Expedite Sentencing Hearing (Doc. #30), filed by the Defendant on January 30, 2006, and for good cause shown, it is hereby ORDERED as follows:

1. The Motion to Expedite Sentencing Hearing is GRANTED.

2. The sentencing hearing in this cause, previously set for February 15, 2006, is RESET for Monday, February 6, 2006, at 11:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 31st day of January, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE