IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr154-WHA |
| EDWARD JEROME PATTEN ) | |

## **ORDER**

    Because of a scheduling conflict with the court reporters of this district, the sentencing hearing in this case, previously scheduled for February 6, 2006, at 11:00 a.m., is RESCHEDULED for February 6, 2006, at **9:00 a.m.**

    DONE this 31st day of January, 2006.

                                            /s/ W. Harold Albritton
                                            W. HAROLD ALBRITTON
                                            SENIOR UNITED STATES DISTRICT JUDGE