## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | February 6, 2006 | AT: | 9:07 a.m. |
| DATE COMPLETED: | February 6, 2006 | AT: | 9:14 a.m. |

UNITED STATES OF AMERICA     )
                             )
vs.                          )    CR. No. 3:05cr154-WHA
                             )
EDWARD JEROME PATTEN         )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Tommie Hardwick | Donnie Bethel |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Terrence Marshall, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

### COURTROOM PROCEEDINGS

(X)   SENTENCING HEARING

Hearing commences.
Parties have reviewed the presentence report and have no objections.
The court adopts the factual statements contained in the presentence report.
Sentence is stated.
No objections.
Sentence is imposed as stated.
Right to appeal is waived by the Defendant.
Defendant is re-committed to the custody of the U. S. Marshall for processing of release.
Court is adjourned.