PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for the

# MIDDLE DISTRICT OF ALABAMA

RECEIVED 2006 MAY 18 A 10: 10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Edward Jerome Patten                Case Number: 3:05cr154-WHA

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, Senior U.S. District Judge

Date of Original Sentence: February 6, 2006

Original Offense: Possession of Stolen Postal Money Orders

Original Sentence: Time Served; followed by three years of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: February 6, 2006

Assistant U.S. Attorney: Tommie Brown Hardwick      Defense Attorney: Donnie Bethel

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| Viol. 1- Standard Condition #3: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." | Edward Patten has failed to follow the instructions of the probation officer. On April 27, 2006, Edward Patten was instructed to call this officer every Monday morning at 8:30 a.m. until instructed otherwise.<br><br>Patten was given these instructions so he could keep this officer informed of his residence, employment status, and discuss the results of a urine sample that was sent to Scientific Testing Laboratories for further analysis after it tested presumptive positive for the use of marijuana.<br><br>On Thursday, May 5, 2006, Patten advised this officer via telephone that he and his "wife" had found a place to live but he would have to get the landlord to call with the address. The "landlord" nor Patten has called with a new address. The defendants whereabouts are unknown at this time. |
| Viol. 2- Special Condition #1: "The defendant shall participate in drug testing and/or treatment." | Edward Patten has failed to participate in drug treatment. On April 27, 2006, Patten was instructed to follow up with a call to the Opelika Addictions Center to schedule an intake/evaluation assessment for drug treatment purposes. This officer has verified that the Opelika Addictions Center has not had contact with Patten since 2000. |

SCANNED



36

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 15, 2006

James Chappell
United States Probation Officer

Reviewed and approved:
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   ~~No~~ Action
[✗]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/19/06
Date