AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

___MIDDLE___ DISTRICT OF ___ALABAMA___

UNITED STATES OF AMERICA

V.

EDWARD JEROME PATTEN

**NOTICE**

CASE NUMBER: 3:05cr154-WHA

**TYPE OF CASE:**

☐ CIVIL   X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Frank M Johnson United States Courthouse Complex One Church Street, Montgomery, Alabama | COURTROOM 2D |
| | DATE AND TIME |
| | May 31, 2006, at 10:00 AM |

**TYPE OF PROCEEDING**

REVOCATION HEARING before Judge Truman M. Hobbs

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | | |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 23, 2006
DATE

*/arnes/*
(BY) DEPUTY CLERK