IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.:    3:05CR154-WHA |
| ) | |
| EDWARD JEROME PATTEN ) | |
| ) | |

## **ORDER**

For good cause, it is

**ORDERED** that a detention hearing be and is hereby set for **May 24, 2006, at 8:30** a.m. in courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

**ORDERED** that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 23rd day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE