COURTROOM DEPUTY MINUTES  DATE: **May 23, 2006**
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: **4:24 - 4:29**

- √ **INITIAL APPEARANCE**
- ❒ **DETENTION HEARING**
- ❒ **REMOVAL HEARING (R.40)**
- ❒ **ARRAIGNMENT**
- ❒ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ❒ **PRELIMINARY EXAMINATION**

| | |
|---|---|
| **PRESIDING MAG. JUDGE** CHARLES S. COODY | **DEPUTY CLERK:** WANDA STINSON |
| **CASE NO.** 3: 05CR154-WHA-CSC | **DEFT. NAME:** EDWARD JEROME PATTEN |
| **USA:** KENT BRUNSON | **ATTY:** CHRISTINE FREEMAN |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ; |
| **USPTSO/USPO:** KEVIN POOLE | |
| Defendant ___does___ does NOT need an interpreter; NAME | |

- √ Kars.  Date of Arrest **5/23/06**   or   ❒ karsr40
- √ kia.  Deft. First Appearance. Advised of rights/charges.  √ Pro/Sup Rel Violator
- ❒ Finaff.  Financial Affidavit executed  ❒ to be obtained by PTS;  √ **ORAL** Motion for Appt. Of Counsel.
- √ koappted  **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ❒ 20appt.  Panel Attorney Appointed;  ❒ to be appointed - prepare voucher
- ❒  Deft. Advises he will retain counsel.  Has retained _____
- ❒  Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ❒ To be followed by written motion;
- ❒  Government's **WRITTEN** Motion for Detention Hrg. filed.
- √  **DETENTION HRG** ❒ held; √ set for **5/24/06 @ 8:30**   ; ❒ Prelim. Hrg ❒ Set for ____
- ❒ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ❒ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ❒ kocondrls.  Release order entered.  ❒ Deft. advised of conditions of release.
- ❒ kbnd.  ❒ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  ❒ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ❒ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ❒ ko.  Deft. **ORDERED REMOVED** to originating district
- ❒ kwvprl.  Waiver of ❒ Preliminary hearing; ❒ Kwvr40hrg. (Waiver of R.40 Hearing)
- ❒  Court finds **PROBABLE CAUSE**.  Defendant bound over to the Grand Jury.
- ❒ Karr.  **ARRAIGNMENT** SET FOR:____ ❒ **HELD**. Plea of **NOT GUILTY** entered.
  ❒ Trial Term ____ ;  ❒ **PRETRIAL CONFERENCE DATE**: ____
  ❒ **DISCOVERY DISCLOSURES DATE**: ____
- ❒ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ❒ krmvhrg.  Identity/Removal Hearing set for ____
- ❒ Kwvspt  **Waiver of Speedy Trial Act Rights Executed**.

Deft Request to have detention hrg.  Detention hearing is set for 5/24/06 @ 8:30 a.m.  Deft remanded to custody of the USMS pending hrg.