COURTROOM DEPUTY MINUTES      DATE: May 24, 2006

MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 8:31 a.m. to 9:03 a.m.

- [√] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] PRELIMINARY EXAMINATION
- [ ] PRELIMINARY REVOCATION HRG

---

PRESIDING MAG. JUDGE **CHARLS S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. **3:05CR154-WHA-CSC**     DEFT. NAME: **EDWARD J. PATTEN**

AUSA: **TOMMIE HARDWICK**     ATTY: **CHRISTINE FREEMAN**

Type Counsel: ( ) Retained;   ( ) Panel CJA;   ( ) Waived; (√) CDO   ( ) Stand In ONLY

USPO: **JAMES CHAPPELL**

Defendant ___ does __√__ does NOT need an interpreter:  YES   NAME:

---

(√) COURT PROCEEDINGS: - **DETENTION/PRELIMINARY HEARING**

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED |||
|---|---|---|
| **Description** | Detention Hrg (revocation violation) - 05cr154-WHA-CSC ||
| **Date** 5/24/2006 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 8:26:43 AM | | |
| 8:31:16 AM | Court | Court convenes; parties present as noted; Deft has the burden; |
| 8:31:23 AM | Atty. Freeman | Calls Mr. James Chappell, USPO; witness is sworn and seated; Discussions as to the supervision of defendant; |
| 8:45:44 AM | Atty. Hardwick | Cross - examination; |
| 8:51:20 AM | Court | Neglected to advise deft right to preliminary hrg.; |
| 8:51:35 AM | Atty. Freeman | Have no objections to this being his preliminary hrg. |
| 8:51:37 AM | Atty. Hardwick | Cont'd cross - examination; |
| 8:52:49 AM | Atty. Freeman | Re- direct; Discussions as to drug screen; |
| 8:56:13 AM | Court | Witness is excused; |
| 8:56:24 AM | Atty. Freeman | Discussion with deft; Calls the deft, Edward Pattent; Deft is sworn and seated; Discussions as to deft's residency; |
| 9:01:52 AM | Deft Patten | Addresses the court; |
| 9:02:34 AM | Court | The Revocation hrg is set on the May 31st; Deft ordered held pending final revocation hrg. Court does find probable cause; |
| 9:03:26 AM | Court | Court is recessed. |