IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CASE NO.: 3:05CR154-WHA |
| EDWARD JEROME PATTEN | * | |
| Defendant | * | |

## WITNESS LIST:

**GOVERNMENT**

1. N/A

**DEFENDANT**

1. Mr. James Chappell, USPO
2. Edward Patten