IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:05CR154-WHA |
| | ) | |
| EDWARD JEROME PATTEN | ) | |

### **ORDER**

On May 24, 2006, pursuant to Fed. R. Crim. P. 32.1, the court held a preliminary hearing in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that the defendant has violated the conditions of his release. The court further finds that the defendant has not met the burden established under Fed. R. Crim. P. 32.1(a)(6) and will be detained pending a final revocation hearing. Accordingly, it is

ORDERED that the defendant be held to answer the charges against him in this court.

Done this 24th day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE