IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __EASTERN__ DIVISION

HON. __Truman Hobbs__ JUDGE AT __Montgomery__, ALABAMA

DATE COMMENCED __5-31-2006__ AT __9:40__ (A.M.)/P.M.

DATE COMPLETED __5-31-2006__ AT __10:40__ (A.M.)/P.M.

UNITED STATES OF AMERICA )
)
vs. )               (Criminal)      Case No. 3:05CR154-WHA
)
EDWARD JEROME PATTEN )
)
)

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| Tommie Hardwick | Christine Freeman |

**COURT OFFICIALS PRESENT**

S. Q. Long, Jr., Clerk

Risa Entrekin, Court Reporter

**PROCEEDINGS**

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: __SUPERVISED RELEASE REVOCATION HEARING__

9:40am: Court convenes. Deft. sworn. Testimony taken. Deft. enters a plea of guilty to violations 1 and 2. Court accepts plea.
10:40am: Deft sentenced. Court is recessed.