≫Prob 12C
(Rev. 1/05)

# UNITED STATES DISTRICT COURT

for

# MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAR 28 P 4: 32

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward Jerome Patten          Case Number:   3:05cr154-WHA

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, Senior U.S. District Judge; case was referred to Senior U. S. District Judge Truman M. Hobbs at last revocation proceeding

Date of Original Sentence:     February 6, 2006

Original Offense: Possession of Stolen Money Order

Original Sentence: Time Served: followed by a 3-year term of supervised release / TSR revoked on May 31, 2006; 6 months custody of BOP followed be a 1 year term of supervised release

Type of Supervision:    Supervised Release    Date Supervision Commenced: November 22, 2006

Assistant U.S. Attorney:    Tommie B. Hardwick    Defense Attorney: Christine Freeman

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| Viol. 1 (Mandatory Condition): "The defendant shall not commit another federal, state or local crime." | On or about March 20, 2007, a warrant was requested for the Montgomery Police Department to arrest Edward Patten for the crime of domestic violence/assault. |
| Viol. 2 (Mandatory Condition): "The defendant shall refrain from any unlawful use of a controlled substance." | On March 21, 2007, drug testing results received from Scientific Testing Laboratories, Inc., revealed that the offender was positive for cocaine on a drug test conducted in the offender's residence on March 14, 2007. |

**SCANNED**

Prob 12C
(Rev. 1/05)

| | |
|---|---|
| Viol. 3 (Mandatory Condition): "If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment." | To date, Edward Patten has failed to submit payments to satisfy the court imposed restitution of $310 and special assessment fee of $100. |
| Viol. 4 (Standard Condition # 3): "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." | On March 13, 2007, Edward Patten provided the probation officer false information about his residence. |
| Viol. 5 (Standard Condition # 6): "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment." | On March 14, 2007, the probation officer learned that Edward Patten had been living in a new residence for approximately one month and had not reported the same to the probation officer. |
| Viol. 6 (Standard Condition #11) "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer." | An incident report from the Montgomery Police Department in Montgomery, Alabama, reveals that Edward Patten was in contact with law enforcement on or about March 19, 2007. To date, Edward Patten has failed to report the same. |

Prob 12C
(Rev. 1/05)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ March 28, 2007 _____

_____
U.S. Probation Officer

APPROVED:
_____
Supervisory U. S. Probation Officer

===

THE COURT ORDERS:

[ ] No action.
[X] The issuance of a warrant.
[ ] The issuance of a summons.
[ ] Other

_____
Signature of Judicial Officer

3/29/07
Date