IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 3:05-cr-154-WHA |
| | ) | |
| **EDWARD JEROME PATTEN** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Robert M. Illman, and enters his appearance as counsel for **EDWARD JEROME PATTEN** in the above-styled matter.

Dated this 5th day of April 2007.

Respectfully submitted,

s/Robert M. Illman
**ROBERT M. ILLMAN**
**AL BAR NO.: ILL007**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Robert_Illman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:05-cr-154-A |
| | ) | |
| EDWARD JEROME PATTEN | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Brown Hardwick
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


Respectfully submitted,


s/Robert M. Illman
**ROBERT M. ILLMAN**
**AL BAR NO.: ILL007**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Robert_Illman@fd.org