IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:05cr154-TMH |
| | ) | |
| EDWARD JEROME PATTEN | ) | |

**O R D E R**

It is CONSIDERED and ORDERED that a supervised release revocation hearing is hereby SET on the 9th day of April, 2007, at 3:00 p.m., before the Honorable Truman M. Hobbs, in Courtroom 2-D, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 5th day of April 2007.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE