AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations'
Sheet 2— Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | EDWARD JEROME PATTEN | Judgment — Page 2 of 4 |
| CASE NUMBER: | 3:05CR154-WHA | |

## IMPRISONMENT

RECEIVED
2007 JUN 28 P 12: 12
UNITED STATES
MIDDLE ALABAMA

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Twelve (12) months.

It is ORDERED that the term of supervised release imposed on May 31, 2006, is REVOKED.

X   The court makes the following recommendations to the Bureau of Prisons:
That the defendant be allowed to participate in the Federal Bureau of Prisons' Inmate Financial Responsibility Program.

That defendant be designated to a facility where drug counseling is available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

RETURNED AND FILED
JUL - 5 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

I have executed this judgment as follows:

Defendant delivered on __6-21-07__ to __CLP__
a __Coleman, FL__ with a certified copy of this judgment.

__Carlyle I. Holder, Warden__
~~UNITED STATES MARSHAL~~

By __L. Everage, ISO__
~~DEPUTY UNITED STATES MARSHAL~~